UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GUY M. BULLIS                                                                                                   PLAINTIFF

VERSUS                                                 CIVIL ACTION NO. 3:22CV155-KHJ-RPM

MICHAEL FARRELL et al                                                     DEFENDANTS

## **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the Court is attorney Alana Kimberly Bullis' motion to withdraw as counsel of record for Plaintiff Guy M. Bullis. Doc. [26]. This case was originally filed in the Western District of Washington and later transferred to the Southern District of Mississippi. Plaintiff's counsel is not licensed in Mississippi. In her motion, she indicates that she has been unsuccessful in associating a resident attorney to obtain *pro hac vice* admission. According to counsel, Mr. Bullis "elects to proceed *pro se* in this action." Mr. Bullis' signature is affixed to the motion, thereby indicating his intent to proceed *pro se*. Defendants do not object to counsel's motion to withdraw. Doc. [27].

IT IS THEREFORE ORDERED AND ADJUDGED that the [26] motion to withdraw is GRANTED, and that Plaintiff Gary M. Bullis will proceed *pro se* in this matter. Attorney Alana Bullis is hereby terminated as counsel of record for Plaintiff. The Court will mail a copy of this Order to Plaintiff at the address provided by his attorney: Guy M. Bullis, 1911 Nelson Street, DuPont, WA 98327.

SO ORDERED AND ADJUDGED, this the 10th day of May 2022.

                                                          /s/ *Robert P. Myers, Jr.*
                                                          ROBERT P. MYERS, JR.
                                                          UNITED STATES MAGISTRATE JUDGE