United States District Court
Southern District of Mississippi
Northern Division

Guy M. Bullis																							Plaintiff

v.																		Civil Action 3:22 -cv- 155 KHJ-RPM

Michael Farrell et al																					Defendants

### Agreed Motion to Stay Proceedings

The defendants submit (with the consent and agreement of the plaintiff) this motion to stay proceedings until another court has ruled on a pending motion that could affect this case.

The plaintiff Guy Bullis was also a plaintiff in <u>Rose et al v. Computer Sciences Corporation</u> filed in federal court in New Orleans. As a result of a settlement, Bullis was to receive $19,822. However, CSC never paid the settlement. As a result, Bullis filed this suit against his attorney, Mike Farrell, for *inter alia* failing to consummate the settlement agreement.

Farrell recently filed a motion in the CSC case in New Orleans to enforce the settlement agreement and to compel CSC to pay Bullis $19,822. The parties agree that if that relief is granted, then some of the relief sought herein will become moot.

For these reasons, the parties seek a stay of all proceedings including the Case Management Conference. The parties agree to notify the court as soon as the Louisiana court has ruled on the motion to enforce the settlement agreement.

Michael Farrell

Law Office of Mike Farrell, PLLC

*/s/ Mike Farrell*
Mike Farrell
Law Office of Mike Farrell, PLLC
210 E. Capitol Street
Regions Plaza, Suite 1088
Jackson, MS 39201
601-948-8030
mike@farrell-law.net

1